IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02391-RPM

NANCY GIBSON,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

    Pursuant to the Notice of Dismissal Without Prejudice, filed November 26, 2007 [3], it is

    ORDERED that the Complaint and this civil action are dismissed without prejudice with all parties to pay their own costs and attorneys' fees.

    DATED: November 27, 2007

                              BY THE COURT:

                              s/ Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge